UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| **Honorable Jennifer L. Thurston**<br>**United States District Judge**<br>**Fresno, California** | **RE:  Rhiannon Gilley**<br>**       Docket Number:  0972 1:21CR00012-5**<br>**       <u>REQUEST FOR DISMISSAL OF</u>**<br>**       <u>VIOLATION PETITION</u>** |

Your Honor:

On May 8, 2024, I was informed that Rhiannon Gilley did in fact enter the WestCare residential drug treatment program on April 24, 2024, as instructed. WestCare officials indicated they inadvertently provided incorrect information as to Rhiannon Gilley's admission to their program. Therefore, the Probation Officer respectfully recommends the Probation Form 12C, Petition for Warrant for Person Under Supervision, signed on May 2, 2024, be dismissed and for the warrant to be recalled.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| /s/ Marlene K. DeOrian | /s/ Tim Mechem |
| **Marlene DeOrian**<br>**Supervising United States Probation Officer** | **Tim Mechem**<br>**Deputy Chief United States Probation Officer** |

**Dated:**  May 9, 2024
           Fresno, California
           MKD

1

REV.  01/2021
CAE___MEMO__COURT (W ORDER)

**RE:** **Rhiannon Gilley**
**Docket Number:** **0972 1:21CR00012-5**
<u>**REQUEST FOR DISMISSAL OF VIOLATION PETITION**</u>

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved      ☐ Disapproved

IT IS SO ORDERED.

Dated: **May 9, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   Stephanie Stokman   Fresno Forfeiture Unit

   Assistant United States Attorney

   Galatea DeLapp
   Defense Counsel